ROBERT B. WHITE v. TOWNSHIP OF NORTH BERGEN.

October 16, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. WALLACE MOUZONE.

October 16, 1973.  Petition for certification denied.

WILLIAM A. HELSTROM AND JO C. HELSTROM v. BERTRAM M. CROCKER AND A. V. P. CONTRACTING COMPANY.

October 16, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. JESSIE LEE TURNER.

October 16, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM R. PICKENS.

October 16, 1973.  Petition for certification denied.  (See 124 *N. J. Super.* 193)

HOWARD L. DOAN v. ANCHOR MOTOR FREIGHT.

October 16, 1973.  Petition for certification denied.